**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JOHN SCONE,**

                **Plaintiff,**

        **v.**                                            **3:11-CV-0878**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

**APPEARANCES:**                              **OF COUNSEL:**

Lachman, Gorton Law Firm                Peter A. Gorton, Esq.
P.O. Box 89
1500 East Main Street
Endicott, NY 13761-0089
Counsel for Plaintiff

Social Security Administration             Sandra M. Grossfeld, Esq.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278
Counsel for Defendant

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

### ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate JudgeVictor E. Bianchini, duly filed on the 9th day of August 2012. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Defendant's Motion for Judgment on the Pleadings is denied, Plaintiff's Motion for Judgment on the Pleadings is granted, and this case is remanded for further administrative proceedings.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: September 13, 2012
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge