# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**John Scone**
    Plaintiff
 vs.         **CASE NUMBER: 3:11-CV-878 (NAM/VEB)**

**Michael J. Astrue, Commissioner of Social Security**
    Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Victor E. Bianchini is ADOPTED in its entirety, that Defendant's Motion for Judgment on the Pleadings is DENIED, that Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and therefore REMANDING this case to the Commissioner for further administrative proceedings.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 13th day of September, 2012.

DATED: September 14, 2012

                   *[signature]*
                   Clerk of Court

                   s/
                   _____
                   Joanne Bleskoski
                   Deputy Clerk